**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN DEXTER POINTER, | CASE NO. 2:14-CV-00525-KJM-CKD |
| Plaintiff, | **ORDER APPROVING STIPULATED PROTECTIVE ORDER** |
| vs. | |
| BANK OF AMERICA NATIONAL ASSOCIATION, BANK OF AMERICA N.A., BANK OF AMERICA NATIONAL ASSOC. and DOES 1 through 50 inclusive, | |
| Defendants. | |

/////

57325578.1

**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER**

The Court, having reviewed and considered the Stipulation for Protective Order between Plaintiff Ivan Dexter Pointer and Defendant Bank of America, N.A. submitted by the parties on June 2, 2014 (the "Stipulated Protective Order") and good cause appearing for the same, hereby ORDERS as follows:

The Stipulated Protective Order shall be and hereby is approved and incorporated herein by this reference as though set forth in full as an Order of the Court.

**IT IS SO ORDERED.**

Dated:  June 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE