UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN DEXTER POINTER,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, et al.,<br><br>Defendants, | No. 2:14-CV-0525 KJM CKD<br><br><br><br>STATUS ORDER |

A status conference was held in this case on July 31, 2014. Matthew Righetti appeared for plaintiff; Michael Mandel appeared for defendants.

Having reviewed the parties' Joint Scheduling Report filed on July 1, 2014, discussed a schedule for the case with counsel at the hearing, and noted that initial disclosures were completed in May 2014, the court makes the following orders:

- Plaintiff's Motion for Class Certification is due no later than October 10, 2014.
- Defendant's Opposition to Class Certification is due no later than November 10, 2014.
- Plaintiff's Reply, if any, is due no later than December 1, 2014.
- Hearing on the Motion for Class Certification is set for January 16, 2015, in Courtroom No. 3 at 10:00 a.m.

1

1        · A further status conference is set for March 19, 2015.  The parties shall submit, at least
2 seven days prior to the status conference, a joint status report that includes the Rule 26(f)
3 discovery plan, with all named parties participating in the preparation and completion of the
4 report.

5        No settlement conference is currently scheduled.  A settlement conference may be set at
6 the time of the Final Pretrial Conference or at an earlier time at the parties' request.  In the event
7 that an earlier settlement conference date or referral to the Voluntary Dispute Resolution Program
8 (VDRP) is requested, the parties shall file said request jointly, in writing.  Because the case will
9 be tried to a jury, all parties should be prepared to advise the court whether they will stipulate to
10 the trial judge acting as settlement judge and waive disqualification by virtue thereof.  Counsel
11 are instructed to have a principal with full settlement authority present at any Settlement
12 Conference or to be fully authorized to settle the matter on any terms.  Each judge has different
13 requirements for the submission of settlement conference statements; the appropriate instructions
14 will be sent to you after the settlement judge is assigned.

15        IT IS SO ORDERED.
16 DATED: August 7, 2014.

17
18
19                                       UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28