UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN DEXTER POINTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, BANK OF AMERICA N.A., BANK OF AMERICA NATIONAL ASSOC., and DOES 1 through 50 inclusive,<br><br>　　　　　Defendant. | No. 2:14-cv-00525-KJM-CKD<br><br>ORDER |

Plaintiff Ivan Pointer moves for preliminary approval of a class settlement and for provisional certification of the class. ECF No. 38. The motion is unopposed. The court held a hearing on September 25, 2015. Matthew Righetti appeared for Pointer, and Regina Musolino appeared for the defendants (together, BANA).

In light of the discussion at hearing, the court requests Pointer address the following questions, raised at hearing:

(1) What is the relationship between this case and *Pineda v. Bank of America*, cited in the pending motion? *See* Mot. Prelim. Approv. 6, ECF No. 38.

1

        (2) How exactly did the parties arrive at the two-thirds, one-third division of settlement funds for the Waiting Time Penalties Subclass?

        (3) Counsel reported BANA's bonus practices changed in January 2013. What evidence shows (a) Pointer is likely to be approved as a class representative for the periods both before and after January 2013, and (b) the proposed class definition will likely remain unchanged despite the January 2013 change in practices?

        (4) What evidence shows that differences between class members, whether derived from the January 2013 change or elsewhere, do not give some putative class members a greater incentive to settle than others, for example because some putative class members have a stronger case than others?

        A supplemental declaration addressing these questions and attaching any relevant evidence shall be filed no more than fourteen days after this order is filed.

        IT IS SO ORDERED.

DATED: October 1, 2015.

_____
UNITED STATES DISTRICT JUDGE