UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN DEXTER POINTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, BANK OF AMERICA N.A., BANK OF AMERICA NATIONAL ASSOC., and DOES 1 through 50 inclusive,<br><br>　　　　　Defendants. | No. 2:14-cv-00525-KJM-CKD<br><br>ORDER |

　　　　By previous order, the court granted the motion for preliminary approval of a class action settlement in this case. ECF No. 47. The parties were directed to file a proposed order setting a final hearing schedule. The parties have filed a stipulation, ECF No. 48, which the court now approves:

　　　　(1)　The claims process shall be completed by June 1, 2016, by which date Rust Consulting will prepare a declaration attesting to the notice procedures and class member responses (*i.e.*, undeliverable mail, skip tracing and re-mailing, claim form receipt, opt-out receipt and objections);

    (2)  A motion seeking approval of fees, costs, and class representative enhancement shall be filed by June 14, 2016;

    (3)  A motion seeking final approval shall be filed by July 1, 2016; and

    (4)  A final approval hearing is set for July 29, 2016 at 10:00 a.m. in Courtroom No. 3.

    IT IS SO ORDERED.

DATED: March 4, 2016

                _____
                UNITED STATES DISTRICT JUDGE